IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Karen Martin** | ) | |
| | ) | CASE NO.  1:16-cv-00846-JG |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | Judge James S. Gwin |
| **HealthPRO Management** | ) | |
| **Services, LLC,** *et al.* | ) | **Magistrate Judge** |
| | ) | **William H. Baughman, Jr.** |
| **Defendants** | ) | |

---

## Plaintiff Karen Martin's Preliminary Estimate of Attorneys' Fees and Costs Expected to be Incurred in this Matter

---

Plaintiff Nadine Sawaya (Ms. Sawya) respectfully submits her preliminary estimate and/or budget of the amount of fees and expenses expected to be the subject of her retaliation claim in this matter:

### ATTORNEYS' FEES

| | |
|---|---|
| Preliminary investigation, filing complaint | $9,000.00 |
| Procedural Motions Practice | 0 |
| Discovery | 20,000.00 |
| Dispositive Motions Practice | 15,000.00 |
| Settlement negotiations | 5,000.00 |
| Trial | <u>35,000.00</u> |
| **Total Attorneys' Fees** | **<u>$84,000.00</u>** |

### COSTS

| | |
|---|---|
| Depositions | $12,000.00 |
| Experts | 0 |
| Witness fees | 1,000.00 |

| | |
|---|---|
| Other | <u>5,000.00</u> |
| **Total Costs** | **$ <u>16,000.00</u>** |

Respectfully submitted,

/s/ Neil Klingshirn
Neil E. Klingshirn  #0037158
ELFVIN, KLINGSHIRN, ROYER  &
TORCH, LLC
4700 Rockside Road
Suite 530
Independence, Ohio 44131

216.382.2500
Neil@EKRTLaw.com

Attorneys for Plaintiff Karen Martin

CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all the parties by operation of the Court's electronic filing system, including:

      Robert C. Pivonka
      Christopher G. Kuhn
      Rolf Goffman Martin Lang LLP
      30100 Chagrin Boulevard
      Suite 350
      Cleveland, Ohio 44125-5705

      Counsel for Defendants

Parties may access this filing through the Court's system.

                                      /s/ Neil Klingshirn